In the Matter of the Claim of MARY HORRIGAN, Respondent, *v.* POST-STANDARD COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Horrigan* v. *Post-Standard Co.,* 184 App. Div. 921, affirmed.

(Argued October 2, 1918; decided October 22, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department,

entered May 7, 1918, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant's husband was employed by defendant Post-Standard Company. He died August 8, 1917, from blood poisoning. It appeared that on the morning of July twenty-sixth he cut his fingers while working at home but felt no ill effects. His time of work for defendant commenced at seven-thirty in the evening. On the night of the twenty-seventh as part of his duties he cleaned out a urinal and in doing so put his injured hand into the water. Toward morning his finger began to swell and he complained of being ill. The infection continued and caused his death. The question was whether the poisoning was the result of the cut received by the deceased at his home, or whether the infection was received subsequently while engaged in cleaning the urinal, such latter work being in the course of his employment.

*Bertrand L. Pettigrew* and *Walter L. Glenney* for appellants.

*Merton E. Lewis, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN and CRANE, JJ. Dissenting: MCLAUGHLIN, J. Not sitting: HISCOCK, Ch. J.